# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 17, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 23-50786   Muhammad v. Wiles
               USDC No. 3:19-CV-51
               USDC No. 3:19-CV-367

The court has granted an extension of time to and including February 15, 2024 for filing appellant's brief in this case.


               Sincerely,

               LYLE W. CAYCE, Clerk

               By: _____
               Monica R. Washington, Deputy Clerk
               504-310-7705

Mr. Justin P. England
Mr. Bilal Muhammad
Mr. John E. Untereker